IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL RACHAU, individually and all others similarly situated, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 1:24-CV-4609-SCJ |
| CF MEDICAL, LLC, | |
| Defendant. | |

## ORDER

This matter is before the Court for consideration of the parties' Joint Motion to Transfer Venue [Doc. 15], which is hereby **GRANTED**. Accordingly, it is **ORDERED** that this civil action is **TRANSFERRED** to the U.S. District Court for the Eastern District of Pennsylvania.

**IT IS SO ORDERED**, this 7th day of March, 2025.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE